FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

MILLS 207420
(Last Name) (Identification Number)

ANTHONY DUANE
(First Name) (Middle Name)

ADAMS COUNTY JAIL
(Institution)

306 STATE ST. NATCHEZ, MS 39120
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB - 9 2018
ARTHUR JOHNSTON
BY DEPUTY

V. CIVIL ACTION NUMBER: 5:18CV15 DCB-MTP
(to be completed by the Court)

ADAMS COUNTY BOARD OF SUPERVISORS.

ADAMS COUNTY SHERIFF DEPT

TRAVIS Bruce PATTEN

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes ( ✓ ) No ( )

B. Are you presently incarcerated?
Yes ( ✓ ) No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( ) No ( ✓ )

D. Are you presently incarcerated for a parole or probation violation?
Yes ( ) No ( ✓ )

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No ( ✓ )

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No ( ✓ )

**PARTIES**

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: MILLS, ANTHONY Prisoner Number: 207420

Address: 306 STATE ST.

NATCHEZ MS 39120

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: TRAVIS PATTEN is employed as SHERIFF

at ADAMS COUNTY SHERIFF DEPT.

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

| NAME: | ADDRESS: |
|---|---|
| MILLS, ANTHONY | 306 STATE ST |
| | NATCHEZ MS 39120 |

DEFENDANT(S):

| NAME: | ADDRESS: |
|---|---|
| ADAMS COUNTY BOARD | 308 STATE ST NATCHEZ MS 39120 |
| OF SUPERVISORS | |
| ADAMS COUNTY SHERIFF DEPT | 306 STATE ST |
| ~~TRV~~ TRAVIS PATTEN | NATCHEZ, MS 39120. |

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**

**The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.**

A. Have you ever filed any lawsuits in a court of the United States? Yes ( ✓ ) No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.

1. Parties to the action: ANTHONY MILLS -VS- ADAMS COUNTY SHERIFF DEPT et. al

2. Court (if federal court, name the district; if state court, name the county): U.S. COURT, SOUTHERN DISTRICT OF MS

3. Docket Number: 5:17-CV-00110-DCB-MTP

4. Name of judge to whom case was assigned: MICHAEL T. PARKER

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) PENDING

CASE NUMBER 2.

1. Parties to the action: ANTHONY MILLS -VS- STANLEY SEARCY JR

2. Court (if federal court, name the district; if state court, name the county): US COURT, SOUTHERN DISTRICT OF MS

3. Docket Number: 5:17-CV-00127-KS-MTP

4. Name of judge to whom case was assigned: MICHAEL T. PARKER

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) PENDING

1. ANTHONY MILLS -US- ADAMS COUNTY SHERIFF DEPT. et al

2. 5:17- CV- 00131-DCB-MTP

3. U S DISTRICT COURT, SOUTHERN DISTRICT OF MS

4. PENDING

5. MICHAEL T PARKER

CASE 4

1. ANTHONY MILLS -US- ADAMS COUNTY SHERIFF DEPT et al.
Mcconnelly, MACKEL

2. 5:17- CV- 00135- KS -MTP

. US DISTRICT COURT, SOUTHERN DISTRICT OF MS

. PENDING

. MICHAEL T. PARKER

CASE 5

1. ANTHONY MILLS -US- ADAMS COUNTY METRO NARCOTICS

2. 5:17- CV- 00138- DCB -MTP

. US DISTRICT COURT, SOUTHERN DISTRICT OF MISSISSIPPI

. MICHAEL T. PARKER

. PENDING

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

PLEASE REFER TO ATTACHED STATEMENT. THANK YOU.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

PUNITIVE DAMAGES, LOSS OF WAGES, PAIN and SUFFERING MENTAL ANGUISH.

"JUSTICE"

Signed this 2 day of FEBUARY, 20 18.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Anthony Mills

Signature of ~~plaintiff~~