**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**ANTHONY DUANE MILLS, # 207420** **PLAINTIFF**

**VERSUS** **CIVIL ACTION NO. 5:18cv15-DCB-MTP**

**ADAMS COUNTY BOARD OF SUPERVISORS, TRAVIS PATTEN, ADAMS COUNTY SHERIFF DEPARTMENT, and STATE OF MISSISSIPPI** **DEFENDANTS**

**ORDER ADDING DEFENDANTS AND GRANTING MOTION TO AMEND**

BEFORE THE COURT are pro se Plaintiff Anthony Duane Mills's Response [10] and second motion [11] to amend. He is a pretrial detainee at the Adams County Jail, and he brings this action, pursuant to 42 U.S.C. §1983. The Response adds twenty-six defendants: Adams County; Walter James Mackel; Matthew "Will" McConnelly; Deselle Davis; Judge Patricia Dunmore; Anthony A. Heidelberg, also known as Anthony H. Brewer; Jerry Brown; Stanley Searcy, Jr.; Tony Nichols; Tim Cotten; Timothy Blalock; Southwest Mental Health; Judge Jack Lazarus; Judge Lillie Blackmon Sanders; Adams County Civil Defense; Lee Best; Delayne Bush; Stan King; Latanya Renee Mackel; Dustin Mingee; Dustin Smith; Shane Doherty; Frank Smith; Merit Health; and Jackie Dennis. The second motion to amend supplements an allegation regarding a pending aggravated assault charge. The Court has considered Plaintiff's submissions and the relevant legal authority.

The Clerk of Court shall add the new Defendants to the docket.

The second motion to amend is granted. The Court will consider the allegations contained within the pleadings.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall add Adams County; Walter James Mackel; Matthew "Will" McConnelly; Deselle Davis; Judge Patricia Dunmore; Anthony A. Heidelberg, also known as Anthony H. Brewer; Jerry Brown; Stanley Searcy, Jr.; Tony Nichols; Tim Cotten; Timothy Blalock; Southwest Mental Health; Judge Jack Lazarus; Judge Lillie Blackmon Sanders; Adams County Civil Defense; Lee Best; Delayne Bush; Stan King; Latanya Renee Mackel; Dustin Mingee; Dustin Smith; Shane Doherty; Frank Smith; Merit Health; and Jackie Dennis as Defendants herein.

**IT IS FURTHER ORDERED** that pro se Plaintiff Anthony Duane Mills's second motion [11] to amend should be, and is hereby, **GRANTED.**

**SO ORDERED**, this the 15th day of May, 2018.

s/ Michael T. Parker
UNITED STATES MAGISTRATE JUDGE